IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JASON P. TUCKER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMSOUTH BANCORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) CV-06-RRA-1039-S ) ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the parties and jointly stipulate to the dismissal of this action, with prejudice, each party to bear their own attorneys fees and costs.

_____
PETER H. BURKE
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
Joe R. Whatley, Jr.
Peter H. Burke
Richard P. Rouco
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham AL 35203
Phone: (205) 328-9576
Fax: (205) 328-9669

George E. Barrett
Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 South Avenue, North
Nashville, TN 37201-1601
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Richard R. Rosenthal
LAW OFFICES OF RICHARD R. ROSENTHAL
200 Title Building
300 N. Richard Arrington, Jr., Boulevard
Birmingham, Alabama 35203

_/s/ Larry B. Childs_____
LARRY B. CHILDS

An attorney for Defendants C. Dowd Ritter, Ronald L. Kuehn, Jr., Claude B. Neilson, James R. Malone, Earnest W. Deavenport, Jr., Martha R. Ingram, Charles D. McCrary, David J. Cooper, Sr., and Don DeFosset

**OF COUNSEL**:
Randall D. Quarles
WALLER, LANDSDEN, DORTCH
 & DAVIS, LLP
1901 6th Avenue North
Suite 1400
Birmingham, Alabama 35203

*George G. Lynn*
_____
FOURNIER J. GALE, III
GEORGE G. LYNN
CARL S. BURKHALTER
SCOTT S. BROWN

Attorneys for Defendant Regions Financial Corporation, successor by merger to AmSouth Bancorporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

David B. Tulchin
Brian T. Frawley
Amanda C. Denaro
Jessica M. Klein
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, New York 10004-2498